### 9778. CLARK *v.* THE STATE.

BROYLES, P. J. The motion for a new trial contained only the usual general grounds. The conviction of the defendant was authorized by the evidence and has been approved by the trial court.

*Judgment affirmed. Bloodworth and Harwell, JJ., concur.*

DECIDED OCTOBER 8, 1918.

Indictment for manufacturing intoxicating liquor; from Heard superior court—Judge Searcy presiding. April 20, 1918.

*M. U. Mooty,* for plaintiff in error.

*C. E. Roop,* solicitor-general, contra.